**Delores LAMBERT, Petitioner,**

v.

**Michael J. ASTRUE, Commissioner of Social Security, Respondent.**

#### No. 2008–3041.

United States Court of Appeals, Federal Circuit.

Nov. 21, 2007.

### ORDER

Order Vacated, See 2008 WL 906140.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Sartaj KHAN, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

#### No. 2008–3017.

United States Court of Appeals, Federal Circuit.

Nov. 21, 2007.

Sartaj Khan, pro se.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.